AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

JOHN C. JOHNSON

**CRIMINAL COMPLAINT**

(Name and Address of Defendant)

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 5, 2006** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am **OFFICER MICHAEL BOLAND**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
**OFFICER MICHAEL BOLAND**
**FIFTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____  at  **Washington, D.C.**
Date                                     City and State

_____        _____
Name & Title of Judicial Officer              Signature of Judicial Officer