## STATEMENT OF FACTS

On January 5, 2006, at about 4:48 p.m., sworn officers with the Metropolitan Police Department executed a D.C. Superior Court search warrant at xxxx xx<sup>th</sup> Xxxxxx, X.X., Apt. xx, Washington, D.C.  Once inside of the apartment, officers learned that the defendant, John Johnson, was the only person inside of the apartment.  Officers searched the apartment and recovered a pill bottled which contained 8 ziplock bags containing a white rock like substance, 74 ziplocks containing a white rock like substance, a large baggie containing a white rock like substance, a Makov 9mm handgun, a loaded Lorcin .380 caliber handgun, 1 box of 9mm ammunition, 1 box of .380 ammunition, a loose magazine containing 7 rounds of 9mm ammunition,  and mail matter with the defendant's name and the above address. Officers also recovered empty ziplock bags and a digital scale which are items used when selling illegal drugs.  The white rock like substance appeared to be crack cocaine.  A portion of the suspected crack cocaine field tested positive for cocaine.  Officers placed the defendant under arrest.  The weight of the suspected crack cocaine was approximately 69.5 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.  After arrest the defendant told officers that he lives at the above address, and the apartment is leased to his girlfriend.  The defendant told officers that all the drugs and the guns recovered from the apartment belonged to individual by the name of Santana, and that Santana uses the place as a stash house.  He also said that Santana gives him drugs for allowing him to use the apartment as a stash house.

_____
OFFICER MICHAEL BOLAND
FIFTH DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF JANUARY, 2005.


_____
U.S. MAGISTRATE JUDGE